

## DEMAND LETTER FOR SETTLLEMENT
## AND NOTICE INTENT TO SUIT

Roderick Brown,
Malia E. Arciero, 16101-022
1150 Astor Ave
Apt-2415
Atlanta, Georgia 30310
770-990-0058
brownrod35@gmail.com



**CERTIFIED MAIL, RETURN RECEIPT REQUESTED**

RE: MALIA E. ARCIERO v. UNITED STATES AND BUREAU OF PRISONS,

Dear Counsel for the Defendants

Please be advised that my name is Roderick Brown and I am the fiancé and representative for Ms. Malia E. Arciero, Fed Reg No. 16101-022 whom was sexual assaulted by the Defendants' employee Officer Golightly. This demand letter for settlement is being forwarded to you in response to your clients' negligence and misconduct in their protecting and hiring of sexual predators as federal prison guards, who preys on female federal prisoners for their own sexual gratification. Malia Arciero and I are seeking a $5,900,000.00 settlement for the sexual assault and mental anguish that Malia endued at the hands of Officer Golightly.

We are in possession of physical evidence that proves the sexual assault was committed by Officer Golightly, which is now in the possession of the U.S. Department of Justice.

As soon as they are available, all medical bills and reports from my fiancée will be forwarded to you. As treatment progresses, we will provide you regular updates with the most significant developments.

This demand is being sent certified mail, return receipt requested pursuant to the requirements of O.C.G.A. 9-11-67.1.

I will first outline the nature of the crime against my fiancé through her own words in the affidavit below. Next, I will set forth several recent jury awards based on sexual assaults by other prisons' guards. Finally, I will attempt to demonstrate that the Defendants continuous protection and employment of sexual predators, which will be uncovered through discovery. Should this matter proceed to trial, our arguments make for a very compelling justification that a prompt and fair settlement in this matter is in everyone's best interest.

PART I.  AFFIDAVIT FROM THE VICTIM

SUBJECT: AFFIDAVIT
DATE: 01/19/2020        PM

AFFIDAVIT OF MS. MALIA ELENA ARCIERO

l, Ms. Malia Elena Arciero under penalty pursuant under 28 U.S.C 1746, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify on the actions of Federal Correctional Officer Philip Golightly. Deposes and states as follows:

1 . I have been a federal inmate since May of 2014. After leaving FPC Alderson on an administrative transfer, was designated to Mariana SPC and arrived there in March 2017.

2.       Around the end of April in 20171 1 was assigned to work in the kitchen and worked in the morning as veggie prep. Coming in early at 4:30 am. My days off were Sunday and Monday.

3.       Officer Golightly was the 2 day relief kitchen foreman and worked there with us alone. He was a known sexual predator with prior incidents and reports from females.

4       Officer Golightly started to become very friendly towards me and would watch me in his office. The area that t worked in was directly in front of the office. He would tell me personal things about his life and would ask me about my past in Hawaii as a "call girl".

5       Often times, Officer Golightly told me about how he can do whatever he likes and get away with it and that nobody can mess with him. He bragged about how he sent other inmates to county jail before for not doing what he told them to do. He also told me about how he had a relationship with another inmate that had left to go to Alderson for RDAP. He said she was a good girl and did whatever he wanted and he took good care of her in return by bringing her whatever she wanted.

6       Officer Golightly would continuously ask me to come to work early to meet him or to stay late after his shift in order to have sex. I was scared and kept telling him no and that I did not want to get in any kind of trouble. He told me that other inmates have done it and he is untouchable and if not there were dire consequences that could happen to me.

7       Sometime in the middle of May, Officer Golightiy was upset at me for not coming in at 4am and said he was there early and had brought condoms and special goodies for me. He proceeded to show me the condoms that he brought as special ones that were ribbed and said he was really bummed he did not get to use them with me. I made up an excuse that could not leave

the unit and was scared. He told me that I need to do what he said and show up next weekend when he is there early so that we can "fuck", other wise something might happen to me.

8 That same day, Officer Golightly first assaulted me by coming into the freezer or very large walk in fridge while I was in there. He put his hands down my pants that were loosely on me despite having a belt and attempted to touch my vagina, I backed away quickly and then he started to feel my breasts. He then took out his penis from his pants zipper and demanded me to suck it. I got on my knees and did as I was told and then he stopped me because it was in the middle of the day and was worried that someone was coming.

9, Officer Golightly then started to flirt and harass another inmate, Keri Nichols who was a baker and worked early also.

10. On Saturday, May 20th 2017 after much harassment and coercion to both of us, Keri Nichols and myself went in early to work that morning at 4am. He started to kiss her and grab her breasts and my breasts roughly. We went into the food storage room and he pulled down his pants and took out his penis and told me to suck it. While he was making out with Keri Nichols, Igot down on my knees and did as I was told.

1 1 . For fear of what Officer Golight[y could do to retaliate against me, I took his penis and rubbed it on the collar of my grey shirt and when I tasted some of his pre-cum in my mouth, E spit it out onto my shirt. In case something would happen to me in the future, I saved the shirt. We continued for several minutes until we heard a noise of someone coming in. He quickly pulled up his pants and went outside like nothing happened.

12. Officer Golightåy instructed us to come back early the next week and demanded that we come. He said that he would be very upset if we did not show up again and that we should not disappoint him. He also reminded us the power and connections he has in prison and what could happen if we did not do as we were told.

13 We both showed up and this time it was in his office. Keri Nichols was sitting in Officer Golightly's lap and was making out with him. Then she got up and he pulled his penis out of his pants zipper and instructed me to suck it while he sat in the chair, I got on my knees and did as I was told, while he took out Keri Nichols breast to suck on them. I stopped and he told her that it was her turn, so she got on her knees and started to suck it while I pretended to keep watch. We heard a noise because another inmate was coming in, so we were able to stop. He put his penis away quickly and zipped up his pants. We acted like we were just standing in his office when another inmate walked in while he stayed sitting in the chair.

14.     Officer Golightly begged and pleaded with us to stay late that shift in order to finish him off, but neither of us wanted to nor did.

15.     After saving the shirt in a plastic bag, I sent it home through hobby craft mait out after a few months to my sister, Keala Arciero at my home address in Honolulu, Hawaii.

16.     For fear of retaliation and the possibility of being sent to county jail, which was constantly threatened by Officer Golightly, I did not say anything at the time.

17.     complained to the psychologist, Dr. Bird about problems with my job when the harassment started and all of the mental problems and issues that I was having. I begged her to change me jobs and she said she did not have that kind of power and just gave me various medications for my anxiety and kept upping the dosage. This did not do much to help or comfort me, but numbed the problem and kept me from really thinking about the situation or doing anything.

18.     The week after the last incident, Officer Golightly's wife gave birth and he took leave for an extended amount of time due to a severe car accident, so I had a break from the abuse and harassment. I also changed jobs as soon as I possibly could to an education clerk.

19.     Officer Golightly started working in the kitchen again eventually and as soon as he saw me, he started to harass me and asked me to come and meet him after the shift was done. I refused to do any of that and he told me how he was watching my video visits and how big my sisters "titties" were.

20.     Keri Nichols told me also about how Officer Gotightly had given her things on several occasions after the incident, such as tobacco chew and other things. But, did not take anything from him ever.

21     I decided to report it once I left Marianna for good and after 1 year of being there in March of 2018, the case manager Ms. Godwin told me that I was denied my nearer home transfer. She told me I had to wait until 18 months before she would do it.

22. At the end of July in 2018 1 left for a fed writ to go to court in HonoEulu, Hawaii.

23. Then, hurricane Michael hit Marianna and they toEd me that I was going to FCI Tallahassee.

24. I knew about other girls who had reported similar situations at FCI Tallahassee on their officers and that they had zero tolerance for that and would send you to the SHU for months on months pending investigation. After spending a night twice in the SHU in Tallahassee when I was in transit, I knew how horrible and awful the conditions were and was very afraid that Iwould end up in there because I heard that Officer Golightly was working at the FCI in the kitchen. I remembered everything he told me about how he has good friends in every prison and how he can make my life miserable and my time hard if I messed with him.

25. I arrived at FCI Tallahassee at the end of May 2019.

26. All of my medications for my mental problems, anxiety and other health issues were taken away from me upon my arrival by Dr. Jimenez.

27. I complained about my nightmares returning and anxiety level very high and they refused to give me anything to help when I went to sick call.

28.  I went to psychology and asked to speak to a psychologist, sent several cop outs and nobody would help me at all. I became severely depressed and sick.

28. In October 2019, Officer Golightly started to work at FCI Tallahassee.

29. I avoided speaking to him at all costs and once again tried to go to psychology and received no help.


31. After him only being here a few weeks, a similar incident had happened with another inmate and he was walked off the compound.

32. In knowing this, I finally feel safe to report what has happened to me and the abuse and mental anguish that I have suffered from Officer Golightly.

PART II. RECENT SEXUAL ASSAULT JURY AWARDS

(1).  $3.7 million JANE DOE v. UNITED STATES, 2:17-cv-01991 District of Arizona.,

(2).  $40 million (reduced from $95 million verdict)  Alford v. Rents, Inc. (S.D. Ill. 2011), Ms. Alford began working at Aaron's as a customer service representative. Shortly thereafter, a male employee Moore began intentionally and inappropriately touching her, calling her degrading pet names, and making uninvited advances. Moore sexually harassed and sexually assaulted her on numerous occasions including an incident in the office restrooms where he pushed her onto the floor pulled her shirt up and masturbated on her. She allowed company policy and tried to contact a sexual harassment hotline. She also spoke to multiple managers but her complaints went unnoticed. She was persecuted at work, feared for her safety, and was not given equal opportunities when applying for a promotion.

(3).  On March 7, 2018, a Colorado federal jury awarded $6 million to a prisoner in a lawsuit over his mistreatment by a guard while he was experiencing an epileptic seizure.

(4).  A federal jury Wednesday awarded $6.7 million to a woman who was raped repeatedly by a guard when she was being held in the Milwaukee County jail in 2013. The guard, Xavier Thicklen, was acting under his scope of employment when the sexual assault occurred and therefore Milwaukee County where liable for the damages amount, the jury determined.

(5).  A jury in northwestern Montana handed down a $35 million award Wednesday in a lawsuit filed by two women against the local Jehovah's Witnesses congregation and its worldwide headquarters.

The decision came down after a three-day trial. The Thompson Falls congregation and Watchtower Bible and Tract Society, the church's institutional center in New York and Pennsylvania, will pay $4 million in compensation and $31 million in punitive damages. The monetary award applies to only one of the women who sued the church in 2016.

(6).  A Georgia jury awarded $1 billion in compensatory damages to a woman raped by a security guard. The verdict against Crime Prevention Agency, the company that hired the guard, is believed to be the largest in U.S. history in a rape case. It is expected to be appealed and the award is anticipated to be lowered, but many consider it a symbolic victory for sexual abuse victims.

(7).  A woman who was raped on a luxury yacht docked in Fort Lauderdale was awarded nearly $70.6 million in damages Monday after she sued the yacht's owner. The rape took place on board the Endless Summer, a 130-foot vessel that was docked at Universal Marine Center, 2700 SW 25th Terrace in Fort Lauderdale, on Feb. 25, 2015.

## PART III. COMPELLING REASONS TO SETTLE

For a little over two years, the Defendants have known that their employee Officer Golightly, has been the subject of numerous criminal sexual assault investigations by the Department of Justice. However, despite those facts, Officer Golightly has remanded an employed by both the United States and the BOP. In addition, it is our belief that during this same time span, sexual predator Officer Golightly has victimized several additional female federal prisoners. The incriminating evidence against Officer Golightly, is overwhelming and is known to the Defendants, but yet the Defendants has failed to act in a reasonable manner to sufficiently protect the female prisoner population from this sexual predator.

At all times, Officer Golightly was acting under his scope of employment when the sexual assaults occurred, and therefore the United States and the Federal Bureau of Prisons are liable for the damages being sought. Furthermore, as a direct result of the Defendants' negligent acts and omissions, Malia like many other female federal prisoners have suffered, and continues to suffer severe and permanent injuries, mental anguish, embarrassment, humiliation and distress.

We request that you send us your insured's policy limits, as well as any other applicable insurance coverages that may be relevant to this claim. It is early, but I have reason to believe

that this may be a policy limits case, if this matter proceeds to trial and your coverage is what I expect.

**This offer will remain open only until 30 days from receipt of this demand letter by certified mail or 5:00 pm June 14, 2020.** I am sure that you are aware of that authority and the considerations discussed herein.

For any questions or concerns about the above-mentioned claim or representation, please feel free to contact me.

Sincerely ,

DATED 14, 2020

Roderick Brown

1150 Astor Ave, SW

Apt-2415

Atlanta, GA 30310

Malia E. Arciero|

Plaintiff

Fed Reg No, 16101-022

FCI Victorville Medium II

Federal Correctional Institution

Satellite Camp

P.O. Box 5300

Adelanto, CA 92301

Roderick Brown
1150 Astor Ave
Apt-2415
Atlanta, GA 30310



Director Michael Carvajal,
and BOP Legal Counsel Division
Federal Bureau of Prisons
320 First St., NW
Washington, DC 20534

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED



7020 0090 0000 6062 5157







U.S. POSTAGE PA
FCM ENV
ATLANTA, GA
30344
JUL 14, 20
AMOUNT
$7.60
R2304a10062c-14

USA-0

| BP-A715.012 AUG 01 | **REFERRAL OF INCIDENT (INTERNAL AFFAIRS)** **(In Preparation of Telephonic Report)** | **U.S. DEPARTMENT OF JUSTICE** **FEDERAL BUREAU OF PRISONS** |
|---|---|---|

| Date of Incident Between 2017 & 2018 | Time of Incident Unknown |
|---|---|

**Place Incident Occurred**
Camp at FCI Marianna

**Allegation(s)**
Alleged sexual assault, harassment & rape

**Source of Allegation(s)**

Information and Remedies Processing Branch: Central Office Administrative Remedy Number 1065132-A1

**Subject of Incident's Information:**

| Full Name Philip Golightly | Title and Grade Correctional Officer |
|---|---|

**Victim (Inmate) Information (If applicable):**

| FULL NAME ARCIERO, Malia | Title/Reg. No. 16101-022 |
|---|---|

SUMMARY OF INCIDENT: (Provide brief, but complete summation of incident including names of any witnesses)
Inmate alleges a correctional officer at FCI Marianna sexually assaulted, harassed and raped her on more than one occasion.

Inmate has since been re-designated to FCI Victorville Medium II

Describe any action taken locally prior to OIA referral: Are local, state or federal authorities involved?
The Warden & Regional Director also referred the inmate's allegations.

Classification 3 Case    ☐ Yes    ☐ No

Printed Name and Signature of Person Preparing Referral of Incident

Rosalind Ellington, Administrative Remedy Specialist

| CEO's Printed Name and Signature Ian Connors, National Appeals Administrator | Location Central Office | Date |
|---|---|---|

**NOTE:** Please fax all pertinent information as soon as possible after completion of the telephonic referral. Include all statements, memos, affidavits, medical reports, personnel actions as may apply.

OIA FAX: FTS 368-8628       (202) 514-8625

USA-0009

**Administrative Remedy No. 1065132-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy
Appeal where you allege, while designated to the Camp at FCI Marianna,
you were subjected to sexual assaults, rape and sexual harassment
by a staff member on more than one occasion.  You allege PREA
regulations and your Constitutional rights were violated.  You
request monetary damages, medical and mental health treatment and
the staff member to be punished.

Protocols are in place for allegations of sexual abuse/misconduct
to be properly investigated by the appropriate staff.  As indicated
by the Warden and Regional Director, your PREA allegations against
a staff member at FCI Marianna were referred to the appropriate
authority for review.  A thorough review will be conducted and proper
action taken as deemed necessary.

In addition, you have since transferred and are designated to FCI
Victorville Medium II.  If you are in need of medical care or mental
health treatment, you have access to the Health and Psychology
Services Departments.  As to your request or monetary compensation,
the Administrative Remedy Program does not ordinarily provide for
monetary relief.  You may pursue this matter through the appropriate
statutorily-mandated procedure to resolve this issue.  Seek
assistance from your current Unit Team for the appropriate form.

This response is provided for informational purposes.

_____                    _____
Date                                        Ian Connors, Administrator
                                            National Inmate Appeals

```
BOP12          *        ADMINISTRATIVE REMEDY UPDATE        *        08-24-2021
PAGE 001 OF 001                                                      13:17:49


REGNO: 16101-022 NAME: ARCIERO              FNAM: MALIA      FUNC: REP
RSP OF...: VVM UNT/LOC/DST: G               QTR.: G06-020L   RCV OFC: BOP
REMEDY ID: 1065132-A1   SUB1: 37AM SUB2: 36GM DATE RCV: 07-09-2021
UNT RCV.: G         QTR RCV.: G06-020L   FACL RCV: VVM
UNT ORG.: G         QTR ORG.: G04-057L   FACL ORG: VVM
EVT FACL.: MNA   ACC LEV: VVM  1 WXR  1 BOP  1   RESP DUE: TUE  09-07-2021
ABSTRACT.: ALLEGES PREA ALLEGATION: RAPE & HARASSMENT
STATUS DT: 08-24-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            EXT Y/N: Y  RCT: P  EXT: P  DATE ENTD: 07-23-2021
REMARKS..:


                        CURRENT TRACKING DATA

DATE DUE              DEPARTMENT   TO   DATE ASSN    TRK TYPE    DATE RETURNED
SUN 08-22-2021       ADMIN REM    RME  07-23-2021   INV         08-24-2021
TUE 08-24-2021       ADMIN REM    IC   08-24-2021   SIG         08-24-2021




G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

USA-0011

```
  BOP12  535.03 *              INMATE PROFILE              *    08-24-2021
PAGE 001                                                        11:57:43
      >    16101-022              REG
REGNO: 16101-022              FUNCTION: PRT DOB/AGE.: 04-09-1981 / 40
NAME.: ARCIERO, MALIA                    R/S/ETH.: W/F/O    WALSH: NO
RSP..: VVM-VICTORVILLE MED II FCI        MILEAGE.: 2609 MILES
PHONE: 760-530-5700        FAX: 760-530-5706
  PROJ REL METHOD: GOOD CONDUCT TIME RELEASE    FBI NO..: 692546LB2
  PROJ REL DATE..: 08-10-2026                   INS NO..: N/A
  PAR ELIG DATE..: N/A                          SSN.....: 576250171
  PAR HEAR DATE..:              PSYCH: NO     DETAINER: NO        CMC..: YES
OFFN/CHG RMKS: CTD&PWITD 50G OR MORE METH,DIST METH,DIST MORE THN50G METH,POS
OFFN/CHG RMKS: OF MORE THN 50G METH WITD.172M CBOP 5YSR #1:13CR01036-001
   FACL CATEGORY    - - - -    CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
   VVM  ADM-REL   A-DES     DESIGNATED, AT ASSIGNED FACIL  06-24-2021 1957
   VVM  CARE LEVEL CARE1-MH  CARE1-MENTAL HEALTH           03-10-2016 1241
   VVM  CARE LEVEL CARE2     STABLE, CHRONIC CARE          03-17-2017 0839
   VVM  COR COUNSL G-N       W. GASTON  EXT 1044           06-24-2021 1957
   VVM  CASE MGT   BIR CERT N BIRTH CERTIFICATE - NO       01-30-2018 1111
   VVM  CASE MGT   CV-COM REF COVID COMMUNITY REFERRAL     06-17-2021 1323
   VVM  CASE MGT   DEPEND N   DEPENDENTS UNDER 21 - NO     03-16-2017 0958
   VVM  CASE MGT   HOH COMP   HOUSES OF HEALING COMP       07-31-2021 1600
   VVM  CASE MGT   PHOTO ID N PHOTO ID - NO                01-30-2018 1111
   VVM  CASE MGT   RPP PART   RELEASE PREP PGM PARTICIPATES 05-05-2021 0840
   VVM  CASE MGT   SSN CARD Y SOCIAL SECURITY CARD - YES   01-30-2018 1111
   VVM  CASE MGT   THR COMP   THRESHOLD COMPLETED          03-06-2019 1355
   VVM  CASE MGT   VET P/S N  PARENT/SPOUSE VETERAN - NO   03-16-2017 0958
   VVM  CASE MGT   VETERAN N  VETERAN - NO                 03-16-2017 0958
   VVM  CASE MGT   V94 CDA913 V94.CURR DRG TRAF ON/AFT 91394 03-26-2016 1252
   VVM  CASE MGT   WA NO HIST NO WALSH ACT OFFENSE HISTORY 09-30-2015 0932
   VVM  CASEWORKER G-N       M. LOPEZ EXT 1157             06-24-2021 1957
   VVM  CUSTODY    OUT       OUT CUSTODY                   10-30-2015 0242
   VVM  DRUG PGMS  DAP DIAG  DRUG ABUSE DIAGNOSIS PENDING  11-12-2019 1154
   VVM  DRUG PGMS  ED COMP   DRUG EDUCATION COMPLETE       04-11-2016 0930
   VVM  DRUG PGMS  NR COMP   NRES DRUG TMT/COMPLETE        10-14-2014 1216
   VVM  DRUG PGMS  NR WAIT   NRES DRUG TMT WAITING         02-03-2020 1202
   VVM  DESIG/SENT FHI YES   FHI-FULLY.COMPLIED W/JUD REC  10-30-2015 0242
   VVM  DESIG/SENT ROMEO     TEAM ROMEO                    09-30-2015 0932
   VVM  DESTNATION W CCC ACT WAITING FOR CCC ACTION        07-26-2021 1752
   VVM  EDUCATION  C-FINPEACE FINANCIAL PEACE - ACE        08-12-2021 0001
   VVM  EDUCATION  SERVSAFE  VT SERVSAFE,7:30-10:30, M-F   04-19-2021 0936
   VVM  EDUC INFO  ESL HAS   ENGLISH PROFICIENT            09-28-2015 0918
   VVM  EDUC INFO  GED HAS   COMPLETED GED OR HS DIPLOMA   09-28-2015 0917
   VVM  FIN RESP.  COMPLT    FINANC RESP-COMPLETED         04-13-2016 1843
   VVM  FIRST STEP FTC ELIG  FTC-ELIGIBLE - REVIEWED       11-10-2019 0904
   VVM  FIRST STEP N-ANGER N  NEED - ANGER/HOSTILITY NO    05-30-2021 1951
   VVM  FIRST STEP N-ANTISO N NEED - ANTISOCIAL PEERS NO   05-30-2021 1951
   VVM  FIRST STEP N-COGNTV N NEED - COGNITIONS NO         05-30-2021 1951
   VVM  FIRST STEP N-DYSLEX N NEED - DYSLEXIA NO           05-30-2021 1951
   VVM  FIRST STEP N-EDUC N   NEED - EDUCATION NO          05-30-2021 1951
   VVM  FIRST STEP N-FIN PV N NEED - FINANCE/POVERTY NO    05-30-2021 1951
   VVM  FIRST STEP N-FM/PAR N NEED - FAMILY/PARENTING NO   05-30-2021 1951
   VVM  FIRST STEP N-M HLTH N NEED - MENTAL HEALTH NO      05-30-2021 1951

G0002      MORE PAGES TO FOLLOW . . .
```

USA-0012

```
BOP12  535.03 *          INMATE PROFILE          *       08-24-2021
PAGE 002 OF 002                                          11:57:43
     16101-022              REG
REGNO: 16101-022              FUNCTION: PRT DOB/AGE.: 04-09-1981 / 40
NAME.: ARCIERO, MALIA                  R/S/ETH.: W/F/O    WALSH: NO
RSP..: VVM-VICTORVILLE MED II FCI      MILEAGE.: 2609 MILES
PHONE: 760-530-5700      FAX: 760-530-5706
    FACL CATEGORY    - - - - CURRENT ASSIGNMENT - - - - - -  EFF DATE  TIME
    VVM  FIRST STEP N-MEDICL Y  NEED - MEDICAL YES            05-30-2021 1951
    VVM  FIRST STEP N-RLF N     NEED - REC/LEISURE/FITNESS NO 05-30-2021 1951
    VVM  FIRST STEP N-SUB AB Y  NEED - SUBSTANCE ABUSE YES    05-30-2021 1951
    VVM  FIRST STEP N-TRAUMA Y  NEED - TRAUMA YES             05-30-2021 1951
    VVM  FIRST STEP N-WORK N    NEED - WORK NO                05-30-2021 1951
    VVM  FIRST STEP R-MIN       MINIMUM RISK RECIDIVISM LEVEL 04-28-2021 1507
    VVM  LEVEL      MINIMUM     SECURITY CLASSIFICAT'N MINIMUM 09-30-2015 1007
    VVM  MED DY ST  C19-T NEG   COVID-19 TEST-RESULTS NEGATIVE 01-06-2021 1745
    VVM  MED DY ST  LOWER BUNK  LOWER BUNK REQUIRED           02-14-2021 0107
    VVM  MED DY ST  NO DUTY     NO DUTY DUE TO MEDICAL COND   03-25-2021 1127
    VVM  MED DY ST  NO PAPER    NO PAPER MEDICAL RECORD       03-10-2016 0627
    VVM  MED DY ST  SOFT SHOES  SOFT SHOES ONLY               03-25-2021 1127
    VVM  MED DY ST  YES F/S     CLEARED FOR FOOD SERVICE      03-17-2017 0841
    VVM  PGM REVIEW JAN         JANUARY PROGRAM REVIEW        01-09-2022 1635
    VVM  PSYCH TRMT RDBTWAIT    RESOLVE PHASE 2 DBT WAIT      06-13-2019 1010
    VVM  PSYCH TRMT RP1 PART    RESOLVE PHASE ONE PARTICIPANT 07-01-2021 1045
    VVM  PSYCH TRMT RSW COMP    RESOLVE WORKSHOP COMPLETED    09-06-2017 1200
    VVM  QUARTERS   G06-020L    HOUSE G/RANGE 06/BED 020L     06-24-2021 1957
    VVM  RELIGION   JEWISH      JEWISH                        06-16-2019 0616
    VVM  STATUS     ID WAIT     WAITING FOR ID TO BE SENT IN  06-24-2021 1957
    VVM  STATUS     PKT ROUTED  RRC PACKET ROUTING            07-02-2021 1258
    VVM  UNIT       G           J.LINN, ACT UM/CAMP ADMIN,1039 06-24-2021 1957
    VVM  WAITNG LST PASSOVER    WAIT LIST PASSOVER RLG SVCS   03-27-2020 1734
    VVM  WAITNG LST TRULINCS Y  AUTH TO USE EMAIL             02-14-2020 0833
    VVM  WRK DETAIL C-MED UNSG  CAMP MED UNASSSGN             07-13-2021 0756
    VVM  WASPB      GR AYS W    GR ASSERT YRSELF WAIT         07-13-2021 0730
    VVM  WASPB      GR COS W    GR CRCLE OF STRNGTH WAIT      02-03-2021 0731



G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

USA-0013

```
    BOP12  531.01 *              INMATE HISTORY          *    08-24-2021
  PAGE 001      *                 ADM-REL               *    12:58:31

  REG NO..: 16101-022 NAME....: ARCIERO, MALIA
  CATEGORY: ARS        FUNCTION: PRT        FORMAT:

FCL    ASSIGNMENT  DESCRIPTION                   START DATE/TIME STOP  DATE/TIME
VVM    A-DES       DESIGNATED, AT ASSIGNED FACIL 06-24-2021 1957 CURRENT
VVM    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 06-24-2021 1425 06-24-2021 1957
VVM    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-25-2021 1709 06-24-2021 1425
VVM    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 03-25-2021 1528 03-25-2021 1709
VVM    A-DES       DESIGNATED, AT ASSIGNED FACIL 03-25-2021 1101 03-25-2021 1528
VVM    LOCAL HOSP  ESC TRIP TO LOCAL HOSP W/RETN 03-25-2021 0931 03-25-2021 1101
VVM    A-DES       DESIGNATED, AT ASSIGNED FACIL 01-23-2020 1141 03-25-2021 0931
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-23-2020 1441 01-23-2020 1441
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-23-2020 0954 01-23-2020 1441
OKL    HLD REMOVE  HOLDOVER REMOVED              01-23-2020 0854 01-23-2020 0854
OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF 01-21-2020 1720 01-23-2020 0854
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 01-21-2020 1820 01-21-2020 1820
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-21-2020 0706 01-21-2020 1820
TAL    TRANSFER    TRANSFER                      01-21-2020 0706 01-21-2020 0706
TAL    A-DES       DESIGNATED, AT ASSIGNED FACIL 05-28-2019 1639 01-21-2020 0706
A02    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-28-2019 1639 05-28-2019 1639
A02    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-28-2019 1000 05-28-2019 1639
OKL    HLD REMOVE  HOLDOVER REMOVED              05-28-2019 0900 05-28-2019 0900
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  05-23-2019 1630 05-28-2019 0900
6-L    RELEASE     RELEASED FROM IN-TRANSIT FACL 05-23-2019 1730 05-23-2019 1730
6-L    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 05-01-2019 1149 05-23-2019 1730
HON    HLD REMOVE  HOLDOVER REMOVED              05-01-2019 0549 05-01-2019 0549
HON    A-HLD       HOLDOVER, TEMPORARILY HOUSED  11-21-2018 1144 05-01-2019 0549
HON    L HOSP USM  ESC TRP TO LOC HOSP W/RETN-USM 11-21-2018 0904 11-21-2018 1144
HON    A-HLD       HOLDOVER, TEMPORARILY HOUSED  10-12-2018 0854 11-21-2018 0904
HON    L HOSP USM  ESC TRP TO LOC HOSP W/RETN-USM 10-12-2018 0710 10-12-2018 0854
HON    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-27-2018 1311 10-12-2018 0710
I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-27-2018 1911 08-27-2018 1911
I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-10-2018 0530 08-27-2018 1911
A03    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-10-2018 0530 08-10-2018 0530
A03    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-09-2018 1514 08-10-2018 0530
OKL    HLD REMOVE  HOLDOVER REMOVED              08-09-2018 1414 08-09-2018 1414
OKL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-07-2018 1444 08-09-2018 1414
A01    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-07-2018 1544 08-07-2018 1544
A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-07-2018 0645 08-07-2018 1544
TAL    HLD REMOVE  HOLDOVER REMOVED              08-07-2018 0645 08-07-2018 0645
TAL    A-HLD       HOLDOVER, TEMPORARILY HOUSED  08-06-2018 1205 08-07-2018 0645
3-T    RELEASE     RELEASED FROM IN-TRANSIT FACL 08-06-2018 1205 08-06-2018 1205
3-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 08-06-2018 1031 08-06-2018 1205
MNA    FED WRIT    RELEASE ON FEDERAL WRIT       08-06-2018 0931 05-28-2019 1640
MNA    A-DES       DESIGNATED, AT ASSIGNED FACIL 07-24-2017 1009 08-06-2018 0931


  G0002      MORE PAGES TO FOLLOW . . .
```

USA-0014

```
   BOP12  531.01 *              INMATE HISTORY           *    08-24-2021
PAGE 002 OF 002 *               ADM-REL                 *    12:58:31

 REG NO..: 16101-022 NAME....: ARCIERO, MALIA
 CATEGORY: ARS        FUNCTION: PRT       FORMAT:

FCL   ASSIGNMENT  DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
MNA   FURL MED    FURLOUGH-MEDICAL            07-24-2017 0609 07-24-2017 1009
MNA   A-DES       DESIGNATED, AT ASSIGNED FACIL 03-08-2017 0927 07-24-2017 0609
4-W   RELEASE     RELEASED FROM IN-TRANSIT FACL 03-08-2017 1027 03-08-2017 1027
4-W   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-08-2017 0840 03-08-2017 1027
TAL   HLD REMOVE  HOLDOVER REMOVED            03-08-2017 0840 03-08-2017 0840
TAL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF 03-07-2017 1533 03-08-2017 0840
A02   RELEASE     RELEASED FROM IN-TRANSIT FACL 03-07-2017 1533 03-07-2017 1533
A02   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-07-2017 0830 03-07-2017 1533
OKL   HLD REMOVE  HOLDOVER REMOVED            03-07-2017 0730 03-07-2017 0730
OKL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF 02-22-2017 1705 03-07-2017 0730
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL 02-22-2017 1805 02-22-2017 1805
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-22-2017 0920 02-22-2017 1805
ALD   TRANSFER    TRANSFER                    02-22-2017 0920 02-22-2017 0920
ALD   A-DES       DESIGNATED, AT ASSIGNED FACIL 02-22-2017 0700 02-22-2017 0920
2-D   RELEASE     RELEASED FROM IN-TRANSIT FACL 02-22-2017 0700 02-22-2017 0700
2-D   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-22-2017 0430 02-22-2017 0700
CRL   TRANSFER    TRANSFER                    02-22-2017 0430 02-22-2017 0430
CRL   A-BOP HLD   HOLDOVER FOR INST TO INST TRF 01-12-2017 1950 02-22-2017 0430
0-A   RELEASE     RELEASED FROM IN-TRANSIT FACL 01-12-2017 1950 01-12-2017 1950
0-A   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 01-12-2017 1715 01-12-2017 1950
ALD   TRANS SEG   TRANSFER-SEGREGATION        01-12-2017 1715 02-22-2017 0704
ALD   A-DES       DESIGNATED, AT ASSIGNED FACIL 03-02-2016 1254 01-12-2017 1715
A01   RELEASE     RELEASED FROM IN-TRANSIT FACL 03-02-2016 1254 03-02-2016 1254
A01   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 03-02-2016 0830 03-02-2016 1254
OKL   HLD REMOVE  HOLDOVER REMOVED            03-02-2016 0730 03-02-2016 0730
OKL   A-HLD       HOLDOVER, TEMPORARILY HOUSED 02-22-2016 1345 03-02-2016 0730
6-L   RELEASE     RELEASED FROM IN-TRANSIT FACL 02-22-2016 1445 02-22-2016 1445
6-L   A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL 02-10-2016 1049 02-22-2016 1445
HON   HLD REMOVE  HOLDOVER REMOVED            02-10-2016 0549 02-10-2016 0549
HON   A-HLD       HOLDOVER, TEMPORARILY HOUSED 09-21-2015 0904 02-10-2016 0549
HON   ADM CHANGE  RELEASE FOR ADMISSION CHANGE 09-21-2015 0903 09-21-2015 0904
HON   A-PRE       PRE-SENT ADMIT, ADULT       05-05-2014 1528 09-21-2015 0903
HON   BAIL/BOND   BAIL/BOND                   10-30-2013 1444 05-05-2014 1528
HON   A-REL CHNG  ADMISSION FOR RELEASE CHANGE 10-30-2013 1443 10-30-2013 1444
HON   PRE REMOVE  PRE SENT DETAINEE REMOVED   10-30-2013 1442 10-30-2013 1443
HON   A-PRE       PRE-SENT ADMIT, ADULT       10-24-2013 1755 10-30-2013 1442




  G0000     TRANSACTION SUCCESSFULLY COMPLETED
```

```
BOP12                     *        CLEARANCE DATA          *        08-24-2021
PAGE 001 OF 001                                                     12:57:59


REGISTER NO...: 16101-022
NAME.........: ARCIERO              MALIA
RSP OF.......: VVM-VICTORVILLE MED II FCI


02 REMARKS: 12/23/19 DSC/RXM APV 308 TRF FRM TAL F TO VVM SCP F.
02 REMARKS: 6/9/21 VVM/MQ APV 1-DY MED ESC TRP; APPLE VALLEY,CA; 6/24/21
02 REMARKS: 6/29/21 VVM/MQ APV PREHC; HONOLULU, HI; 8/5/21-1/31/22
02 REMARKS: 10/16/18 DSC/RLS UPON WRIT RTN; TRF TO TAL F (DO NOT RTN MNA).




G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

PR11                                                                 Page 1 of 1

```
   BOPAV          *      ADMINISTRATIVE REMEDY UPDATE        *     07-23-2021
 PAGE 001 OF 001                                                   09:48:01

 REGNO: 16101-022 NAME: ARCIERO           FNAM: MALIA       FUNC: ADD
 RSP OF...: VVM UNT/LOC/DST: G             QTR.: G06-020L   RCV OFC: BOP
 REMEDY ID: 1065132-A1   SUB1: 37AM SUB2:      DATE RCV: 07-09-2021
 UNT RCV.: G      QTR RCV.: G06-020L       FACL RCV: VVM
 UNT ORG.: G      QTR ORG.: G04-057L       FACL ORG: VVM
 EVT FACL: VIM    ACC LEV: VVM  1 WXR  1 BOP  1   RESP DUE: TUE  09-07-2021
 ABSTRACT.: STAFF PREA ALLEGATION
 STATUS DT: 07-23-2021  STATUS CODE: ACC STATUS REASON:
 INCRPTNO.:           EXT Y/N: Y  RCT: N  EXT: N  DATE ENTD: 07-23-2021
 REMARKS..:



                         CURRENT TRACKING DATA

 DATE DUE           DEPARTMENT    TO    DATE ASSN     TRK TYPE      DATE RETURNED
 SUN 08-22-2021     ADMIN REM           07-23-2021    INV




   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

USA-0017
7/23/2021

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

| From: | ARCIERO   MALIA | 16101-022 | G-SOUTH | SPC-Victorville |
|-------|-----------------|-----------|---------|-----------------|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A - REASON FOR APPEAL**  REGIONAL FAILURE TO RESPONSE in a timely maaner to BP-10 dated 02/01/21 Today on June 24,2021 at 11AM in G-South at SPC Victorville Mr. Gaston (Counselor) FInally Handed Delivered my Response from Regional dated  04/29/21 over two(2) Months late, passed the time frame/time barred per P.S. C.F.R.542.15(a); Nunez, 591 F.3d at 1219 (citation omitted). An inmate may appeal a Regional Director's adverse response by submitting Central Office Administrative Remedy (BP-11") form to the Office of the General Counsel within thirty (30) calendar days of the date the Regional Director signed the response. 28 C.F.R. 542.15(a)Nunez (citation ommitted). Additional Unit Team/ Regional Failed to provided Receipt under "RESPONSIBILITY 542.11 (a)(2). I was subjected to SEXUAL ASSAULTS."RAPE, SEXUAL ASSAULT, AND SEXUAL HARASSMENT": EVERYONE has the right to be free from Rape & Sexual assault in Prison. The Prison Rape Elimination Act (PREA), passed by CONGRESS in 2003, applies to all detention facilities, including federal and state prisons, jails, police lock-ups, private facilities, and immigration detention centers, and specifically recognizes that sexual assault in detention can constitute a VIOLATION of the Eighth Amendment, 42 USC 15601(13). PREA requires that facilities adopt a zero-tolerance approach to this form of abuse. 42 U.S.C. 15602(1). Even before PREA was passed, courts agreed that rape or sexual assault of prisoners by correctional officers violates the Eighth Amendment. Farmer v. Brennan, 511 U.S. 825 (1994); Schwenk v. Hartford, 204 F.3d 1187(9th Cir.2000). Schwenk involved the Rape ofa male prisoner, but the court held that the gender of the guard and victim in the incident  did NOT make a legal difference. REQUEST RELIEF: For BOP staffs to follow its own Policies, Rules, Regulations, Laws, etc. I am seeking Monetray damages; Medical treatment and Mental Health here at SPC-Victorville, requested to be seen by Psychologist numerous of times thru Papers & emails inmate request to staffs via Cop-out., to NO AVAIL. Seeks Compensations/ for Golightly to be PUNISHED.

JUNE 24 , DATE 2021                                                SIGNATURE OF REQUESTER *Malia Arciero*

**Part B - RESPONSE**

RECEIVED
JUL 0 9 2021
Administrative Remedy Section
Federal Bureau of Prisons

_____ DATE                                      GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: *106 5132-A1*

**Part C - RECEIPT**                                        CASE NUMBER: *1065132-A1*

Return to: _____

| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|---|

SUBJECT: _____

_____ DATE             SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN                    PRINTED ON RECYCLED PAPER

USA-0018

BP-231(13)
JUNE 2002

1065132-R1
SCP Victorville

This is in response to your Regional Administrative Remedy received in this office on March 8, 2021, in which you claim you were sexually assaulted by a staff member while at the SCP Marianna.   As relief, you seek monetary compensation, medical treatment and termination of the staff.

The Federal Bureau of Prison's Program Statement 5324.12, <u>Sexually Abusive Behavior Prevention and Intervention Program,</u> states, "The agency shall ensure that an administrative or criminal investigation is completed for all allegations of sexual abuse and sexual harassment."   Your allegation has been referred to the appropriate authorities for investigation.   A thorough investigation will be conducted.   In regard to compensation, monetary relief is not available under the Administrative Remedy Program.   Under 31 U.S.C. §3723 you may submit a claim for property damage or loss using Form BP-A0943.   For claims not covered by 31 U.S.C. §3723, Program Statement 1320.16, Federal Tort Claims Act, outlines procedures to file an administrative tort claim.   Necessary forms may be obtained from Unit staff.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.   If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

4/29/21
_____
Date

_____
M. Rios, Regional Director

USA-0020

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: **Arciero, Malia, E**     **16101-022**   **GNorth**   **FPC Victorville**
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

Part A—REASON FOR APPEAL

I am filing a BP10 as required under PLRA and the PREA for an incident where I was physically and sexually assaulted by officer Philip Golightly while at Mariana SPC, and suffered physical and emotional injuries. I have attached an affidavit which sets forth all of the facts surrounding that incident. I am seeking monetary compensation and medical treatment for my injuries, and the termination of officer Philip Golightly (if that has not already taken place) This has been Reported

02/01/2021
DATE

*Malia Arciero*
SIGNATURE OF REQUESTER

Part B—RESPONSE

MAR - 8 2021

_____　　　　　　　　　　_____
DATE　　　　　　　　　　　　　　　　　　　　REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE　　　　　　　　CASE NUMBER: 1065132-R1

Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
　　　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

USA-0021

_____　　_____　　_____
USP LVN:　　DATE　　　Previous editions not usable　　SIGNATURE. RECIPIENT OF REGIONAL APPEAL.

BP–230(13)
APRIL 1982

**Request for Administrative Remedy**
**Case No.: 1065132-F1**

This is in response to your Request for Administrative Remedy,
received in this office on January 15, 2021, at FCI II
Victorville. In your request, you allege you were physically and
sexually assaulted by staff while housed at FCI Marianna.  You
are requesting monetary compensation and that the involved staff
member be terminated.

In regard to your allegation against staff, the Federal Bureau of
Prisons takes staff misconduct allegations very seriously. All
staff are held to a high standard in regard to their treatment of
inmates, and are expected to be fair, impartial, and humane.
Your allegations will be reviewed and if it is determined an
investigation is warranted, it will be referred to the proper
investigating authority.  However, as the allegations concern
staff conduct and performance, the result of any investigation or
personnel action taken is protected from release under the
Privacy Act.  Therefore, you will not be provided information
regarding the outcome of any review or investigation.

Regarding your request for monetary compensation, you may submit
a tort claim provided you complete the required steps in the
Administrative Remedy process.

Accordingly, this response to your Request for Administrative
Remedy is for informational purposes only. If you are not
satisfied with this response, you may appeal to the Western
Regional Director.  Your appeal must be received by the Regional
Administrative Remedy Coordinator, Federal Bureau of Prisons,
Western Regional Office, 7338 Shoreline Drive, Stockton, CA
95219, within twenty (20) calendar days from the date of this
response.

A. M. Dulgov, Acting Warden                    01\19\221

                                               Date

USA-0022

USA-0023

UNICOR FEDERAL PRISON INDUSTRIES, INC.
LEAVENWORTH, KANSAS

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | ARCIERO, Malia E | 16101-022 | GN | Camp Victorville |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A– INMATE REQUEST**

I am filing the BP9 as required under PLRA and the PREA for an incident where I was physically and sexually assaulted by officer Philip Golightly while at Mariana SPC, and suffered physical and emotional injuries. I have attached an affidavit which sets forth all of the facts surrounding that incident. I am seeking monetary compensation for my injuries, and the termination of officer Phillip Golightly (if that has not already taken place) This has been reported.

| 01/13/21 | *Malia Arciero* |
|---|---|
| DATE | SIGNATURE OF REQUESTER |

**Part B– RESPONSE**

RECEIVED JAN 15 2021 BY:

| DATE | WARDEN OR REGIONAL DIRECTOR |
|---|---|

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: 1065132-F1

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____

| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |
|---|---|---|---|

USA-0024

USA-0025

TRULINCS 16101022 - ARCIERO, MALIA - Unit: VVM-G-N

---------------------------------------------------------------------------------

FROM: 16101022
TO:
SUBJECT: AFFIDAVIT
DATE: 01/24/2020 08:44:57 AM



AFFIDAVIT OF MS. MALIA ELENA ARCIERO

I, Ms. Malia Elena Arciero under penalty pursuant under 28 U.S.C 1746, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify on the actions of Federal Correctional Officer Philip Golightly. Deposes and states as follows:

1. I have been a federal inmate since May of 2014. After leaving FPC Alderson on an administrative transfer, I was designated to Mariana SPC and arrived there in March 2017.

2. Around the end of April in 2017, I was assigned to work in the kitchen and worked in the morning as veggie prep. Coming in early at 4:30 am. My days off were Sunday and Monday.

3. Officer Go lightly was the 2 day relief kitchen foreman and worked there with us alone. He was a known sexual predator with prior incidents and reports from females.

4. Officer Golightly started to become very friendly towards me and would watch me in his office. The area that I worked in was directly in front of the office. He would tell me personal things about his life and would ask me about my past in Hawaii as a "call girl".

5. Often times, Officer Golightly told me about how he can do whatever he likes and get away with it and that nobody can mess with him. He bragged about how he sent other inmates to county jail before for not doing what he told them to do. He also told me about how he had a relationship with another inmate that had left to go to Alderson for RDAP. He said she was a good girl and did whatever he wanted and he took good care of her in return by bringing her whatever she wanted.

6. Officer Golightly would continuously ask me to come to work early to meet him or to stay late after his shift in order to have sex. I was scared and kept telling him no and that I did not want to get in any kind of trouble. He told me that other inmates have done it and he is untouchable and if not there were dire consequences that could happen to me.

7. Sometime in the middle of May, Officer Golightly was upset at me for not coming in at 4am and said he was there early and had brought condoms and special goodies for me. He proceeded to show me the condoms that he brought as special ones that were ribbed and said he was really bummed he did not get to use them with me. I made up an excuse that I could not leave the unit and was scared. He told me that I need to do what he said and show up next weekend when he is there early so that we can "fuck", other wise something might happen to me.

8. That same day, Officer Golightly first assaulted me by coming into the freezer or very large walk in fridge while I was in there. He put his hands down my pants that were loosely on me despite having a belt and attempted to touch my vagina, I backed away quickly and then he started to feel my breasts. He then took out his penis from his pants zipper and demanded me to suck it. I got on my knees and did as I was told and then he stopped me because it was in the middle of the day and was worried that someone was coming.

9. Officer Golightly then started to flirt and harass another inmate, Keri Nichols who was a baker and worked early also.

10. On Saturday, May 20th 2017 after much harassment and coercion to both of us, Keri Nichols and myself went in early to work that morning at 4am. He started to kiss her and grab her breasts and my breasts roughly. We went into the food storage room and he pulled down his pants and took out his penis and told me to suck it. While he was making out with Keri Nichols, I got down on my knees and did as I was told.

11. For fear of what Officer Golightly could do to retaliate against me, I took his penis and rubbed it on the collar of my grey shirt and when I tasted some of his pre-cum in my mouth, I spit it out onto my shirt. In case something would happen to me in the future, I saved the shirt. We continued for several minutes until we heard a noise of someone coming in. He quickly pulled up his pants and went outside like nothing happened.

12. Officer Golightly instructed us to come back early the next week and demanded that we come. He said that he would be very upset if we did not show up again and that we should not disappoint him. He also reminded us the power and connections

USA-0027

TRULINCS 16101022 - ARCIERO, MALIA - Unit: VVM-G-N

RECEIVED
JAN 15 2021
BY:_____

he has in prison and what could happen if we did not do as we were told.

13. We both showed up and this time it was in his office. Keri Nichols was sitting in Officer Golightly's lap and was making out with him. Then she got up and he pulled his penis out of his pants zipper and instructed me to suck it while he sat in the chair. I got on my knees and did as I was told, while he took out Keri Nichols breast to suck on them. I stopped and he told her that it was her turn, so she got on her knees and started to suck it while I pretended to keep watch. We heard a noise because another inmate was coming in, so we were able to stop. He put his penis away quickly and zipped up his pants. We acted like we were just standing in his office when another inmate walked in while he stayed sitting in the chair.

14. Officer Golightly begged and pleaded with us to stay late that shift in order to finish him off, but neither of us wanted to nor did.

15. After saving the shirt in a plastic bag, I sent it home through hobby craft mail out after a few months to my sister, Keala Arciero at my home address in Honolulu, Hawaii.

16. For fear of retaliation and the possibility of being sent to county jail, which was constantly threatened by Officer Golightly, I did not say anything at the time.

17. I complained to the psychologist, Dr. Bird about problems with my job when the harassment started and all of the mental problems and issues that I was having. I begged her to change me jobs and she said she did not have that kind of power and just gave me various medications for my anxiety and kept upping the dosage. This did not do much to help or comfort me, but numbed the problem and kept me from really thinking about the situation or doing anything.

18. The week after the last incident, Officer Golightly's wife gave birth and he took leave for an extended amount of time due to a severe car accident, so I had a break from the abuse and harassment. I also changed jobs as soon as I possibly could to an education clerk.

19. Officer Golightly started working in the kitchen again eventually and as soon as he saw me, he started to harass me and asked me to come and meet him after the shift was done. I refused to do any of that and he told me how he was watching my video visits and how big my sisters "titties" were.

20. Keri Nichols told me also about how Officer Golightly had given her things on several occasions after the incident, such as tobacco chew and other things. But, I did not take anything from him ever.

21. I decided to report it once I left Marianna for good and after 1 year of being there in March of 2018, the case manager Ms. Godwin told me that I was denied my nearer home transfer. She told me I had to wait until 18 months before she would do it.

22. At the end of July in 2018 I left for a fed writ to go to court in Honolulu, Hawaii.

23. Then, hurricane Michael hit Marianna and they told me that I was going to FCI Tallahassee.

24. I knew about other girls who had reported similar situations at FCI Tallahassee on their officers and that they had zero tolerance for that and would send you to the SHU for months on months pending investigation. After spending a night twice in the SHU in Tallahassee when I was in transit, I knew how horrible and awful the conditions were and was very afraid that I would end up in there because I heard that Officer Golightly was working at the FCI in the kitchen. I remembered everything he told me about how he has good friends in every prison and how he can make my life miserable and my time hard if I messed with him.

25. I arrived at FCI Tallahassee at the end of May 2019.

26. All of my medications for my mental problems, anxiety and other health issues were taken away from me upon my arrival by Dr. Jimenez.

27. I complained about my nightmares returning and anxiety level very high and they refused to give me anything to help when I went to sick call.

28. I went to psychology and asked to speak to a psychologist, sent several cop outs and nobody would help me at all. I became severely depressed and sick.

USA-0028

TRULINCS  16101022 - ARCIERO, MALIA - Unit: VVM-G-N

--------------------------------------------------------------------------------

29. In October 2019, Officer Golightly started to work at FCI Tallahassee.

30. I avoided speaking to him at all costs and once again tried to go to psychology and received no help.

31. After him only being here a few weeks, a similar incident had happened with another inmate and he was walked off the compound.

32. In knowing this, I finally feel safe to report what has happened to me and the abuse and mental anguish that I have suffered from Officer Golightly.

Further, Affiant saith not.

_Malia Arciero_
Malia Elena Arciero

RECEIVED
JAN 1 5 2021
BY:

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>Southeast Regional Office<br>Office of Regional Counsel<br>3800 Camp Creek Parkway, SW<br>Building 2000<br>Atlanta, GA 30331-6226 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Malia Arciero #16101-022<br>SPC-Victorville, G-South<br>P.O. Box 5300, Adelanto, Ca. 92301 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>April to May 2017 | 7. TIME (A.M. OR P.M.)<br>All Day |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) Office Golightly sexual assualts & Harassments in the freezer or very large walk in fridge while I was in there. He put his hands down my pants my pants that was loosely on me despite having a belt & attempted to touch my vagina, I backed away quick & then he felt my breasts. He took his penis out & demanded me to suck it. I was forced to get on my knees & did what I was ordered. May 20th, 2017 Golightly continued Harssement & coercion did NOT stop, he forced Keri Nichols too. In the food storage he made me get on my knee wot suck his dick again, I was forced to rubbed his penis & he came on my shirt, I spit his cum on my shirt which I saved & handed delivered to FBI, Sexual Harassment

9. & Assaults in Real in the BOP & staffs encourage **PROPERTY DAMAGE** this type of misconduct & inappropriate behaviors.

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, and Zip Code).

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.) The Property is my personal body, I was Sexual Assaulted & harrassed severely, over & over by Offcier Golightly. Location was at Mariana SPC where the property may be inspected. ATTACHMENTS INCLUDED

| 10. | PERSONAL INJURY/WRONGFUL DEATH |
|---|---|

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

RECEIVED
JUL 13 2021
COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

| 11. | WITNESSES |
|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Officer Golightl y<br>Keri Nichols | SPC- Mariana<br>SPC- Mariana |

| 12. (See instructions on reverse.) | | AMOUNT OF CLAIM (in dollars) | |
|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$5.5 Million Dollars | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$5.5 Million Dollars |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Malia Arciero* | 13b. Phone number of person signing form<br>312-870-6912 | 14. DATE OF SIGNATURE<br>06/07/21 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 | NBN 7540-00-634-4046 | STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

USA-0030

| INSURANCE COVERAGE |
| --- |

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☑ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes   ☑ No   | 17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☑ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in Item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in Item #12 of this form.

DAMAGES IN A SUM CERTAIN FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN TWO YEARS AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
A. Authority: The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. Principal Purpose: The information requested is to be used in evaluating claims.
C. Routine Use: See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. Effect of Failure to Respond: Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

### PAPERWORK REDUCTION ACT NOTICE

This notice is solely for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

U.S. Department of Justice

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: | ARCIERO     MALIA | 16101-022 | G-SOUTH | SPC-Victorville
| LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A - REASON FOR APPEAL REGIONAL FAILURE TO RESPONSE in a timely manner to BP-10 dated 02/01/21 Today, on June 24,2021 at 11AM at G-South at SPC Victorville Mr. Gaston (Counselor) FInally Handed Delivered my Response from Regional dated 04/29/21 over two(2) Months late, passed the time frame/time barred per P.S. C.F.R.542.15(a); Nunez, 591 F.3d at 1219 (citation omitted). An inmate may appeal a Regional Director's adverse response by submitting Central Office Administrative Remedy (BP-11") form to the Office of the General Counsel within thirty (30) calendar days of the date the Regional Director signed the response. 28 C.F.R. 542.15(a)Nunez (citation omitted). Additional Unit Team/ Regional Failed to provided Receipt under "RESPONSIBILITY 542.11 (a)(2). I was subjected to SEXIAL ASSAULTS.'RAPE, SEXUAL ASSAULT, AND SEXUAL HARASSMENT': EVERYONE has the right to be free from Rape & Sexual assault in Prison. The Prison Rape Elimination Act (PREA), passed by CONGRESS in 2003, applies to all detention facilities, including federal and state prisons, jails, police lock-ups, private facilities, and immigration detention centers, and specifically recognizes that sexual assault in detention can constitute a VIOLATION of the Eighth Amendment, 42 USC 15601(13). PREA requires that facilities adopt a zero-tolerance approach to this form of abuse. 42 U.S.C. 15602(1). Even before PREA was passed, courts agreed that rape or sexual assault of prisoners by correctional officers violates the Eighth Amendment. Farmer v. Brennan, 511 U.S. 825 (1994); Schwenk v. Hartford, 204 F.3d 1187(9th Cir.2000). Schwenk involved the Rape of a male prisoner, but the court held that the gender of the guard and victim in the incident did NOT make a legal difference REQUEST RELIEF: For BOP staffs to follow its own Policies, Rules, Regulations, Laws, etc. I am seeking Monetray damages; Medical treatment and Mental Health here at SPC-Victorville, requested to be seen by Psychologist numerous of times thru Papers & emails inmate request to staffs via Cop-out., to NO AVAIL. Seeks Compensations/ for Golightly to be FINISHED.

JUNE 24, DATE 2021                                    SIGNATURE OF REQUESTER: *Malia Arciero*

Part B - RESPONSE

_____ DATE                                 GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                           CASE NUMBER: 1065137-R1

Part C - RECEIPT
                                                     CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT        INSTITUTION

SUBJECT: _____

_____ DATE              SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USA-0032

UPN LVN          PRINTED ON RECYCLED PAPER                    BP-231(13)
                                                             JUNE 2002

1065132-R1
SCP Victorville

This is in response to your Regional Administrative Remedy received in this office on March 8, 2021, in which you claim you were sexually assaulted by a staff member while at the SCP Marianna.   As relief, you seek monetary compensation, medical treatment and termination of the staff.

The Federal Bureau of Prison's Program Statement 5324.12, <u>Sexually Abusive Behavior Prevention and Intervention Program,</u> states, "The agency shall ensure that an administrative or criminal investigation is completed for all allegations of sexual abuse and sexual harassment."   Your allegation has been referred to the appropriate authorities for investigation.   A thorough investigation will be conducted.   In regard to compensation, monetary relief is not available under the Administrative Remedy Program.   Under 31 U.S.C. §3723 you may submit a claim for property damage or loss using Form BP-A0943.   For claims not covered by 31 U.S.C. §3723, Program Statement 1320.16, Federal Tort Claims Act, outlines procedures to file an administrative tort claim.   Necessary forms may be obtained from Unit staff.

Based on the above, this response to your Regional Administrative Remedy Appeal is for informational purposes only.   If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534.   Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

_____4/29/21_____                    _____
Date                                                      M. Rios, Regional Director

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball–point pen. If attachments are needed, submit four copies. One copy of the completed BP–DIR–9 including any attachments must be submitted with this appeal.

From: __Arciero, Malia , E__   __16101-022__   __GNorth__   __FPC Victorv__
LAST NAME, FIRST, MIDDLE INITIAL.   REG. NO.   UNIT   INSTITUTION

**Part A—REASON FOR APPEAL**

I am filing a BP10 as required under PLRA and the PREA for an incident where I was physically and sexually assaulted by officer Philip Golightly while at Mariana SPC, and suffered physical and emotional injuries. I have attached an affidavit which sets forth all of the facts surrounding that incident. I am seeking monetary compensation and medical treatment for my injuries, and the termination of officer Philip Golightly (if that has not already taken place) This has been Reported

__02/01/2021__   __Malia Arciero__
DATE   SIGNATURE OF REQUESTER

**Part B—RESPONSE**

MAR - 8 2021

_____   _____
DATE   REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE   CASE NUMBER: __1065132-R1__

**Part C—RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL.   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

USA-0034

BP–230(13)
APRIL 1982

USP LVN   DATE   Previous editions not usable   SIGNATURE, RECIPIENT OF REGIONAL APPEAL

**Request for Administrative Remedy**
**Case No.: 1065132-F1**

This is in response to your Request for Administrative Remedy, received in this office on January 15, 2021, at FCI II Victorville. In your request, you allege you were physically and sexually assaulted by staff while housed at FCI Marianna.  You are requesting monetary compensation and that the involved staff member be terminated.

In regard to your allegation against staff, the Federal Bureau of Prisons takes staff misconduct allegations very seriously. All staff are held to a high standard in regard to their treatment of inmates, and are expected to be fair, impartial, and humane. Your allegations will be reviewed and if it is determined an investigation is warranted, it will be referred to the proper investigating authority.  However, as the allegations concern staff conduct and performance, the result of any investigation or personnel action taken is protected from release under the Privacy Act.  Therefore, you will not be provided information regarding the outcome of any review or investigation.

Regarding your request for monetary compensation, you may submit a tort claim provided you complete the required steps in the Administrative Remedy process.

Accordingly, this response to your Request for Administrative Remedy is for informational purposes only. If you are not satisfied with this response, you may appeal to the Western Regional Director.  Your appeal must be received by the Regional Administrative Remedy Coordinator, Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline Drive, Stockton, CA 95219, within twenty (20) calendar days from the date of this response.

_____                    _01/19/2021_
A. H. Dulgov, Acting Warden                 Date

U.S. DEPARTMENT OF JUSTICE                                    . REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

_Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse._

From: **ARCIERO, Malia E**          **16101-022**     **GN**        **Camp Victorvill**
     LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT         INSTITUTION

**Part A– INMATE REQUEST**

I am filing the BP 9 as required under PLRA and the PREA for an incident Where I was physically and sexually assaulted by officer philip Golightly while at Mariana SPC, and suffered physical and emotional injuries. I have attached an affidavit which sets forth all of the facts surrounding that incident. I am seeking monetary compensation for my injuries, and the termination of officer phillip Golightly (if that has not already taken place). This has been Reported .

01/13/21                                    _Malia Arciero_
DATE                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

RECEIVED
JAN 15 2021
BY:

DATE                                        WARDEN OR REGIONAL DIRECTOR

_If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response._

ORIGINAL: RETURN TO INMATE                  CASE NUMBER: 1065132-F1

                                            CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.        UNIT      INSTITUTION

SUBJECT: _____

_____                         _____
DATE              PRINTED ON RECYCLED PAPER   RECIPIENT'S SIGNATURE (STAFF MEMBER)    USA-0036

USP LVN                                                                  BP-229(13)
                                                                         APRIL 1982

TRULINCS 16101022 - ARCIERO, MALIA - Unit: TAL-A-S

---------------------------------------------------------------------------------------------------------

FROM: 16101022
TO:
SUBJECT: AFFIDAVIT
DATE: 01/19/2020 03:23:53 PM



AFFIDAVIT OF MS. MALIA ELENA ARCIERO

I, Ms. Malia Elena Arciero under penalty pursuant under 28 U.S.C 1746, being first duly sworn according to law, having first hand knowledge of the facts herein, and being competent to testify on the actions of Federal Correctional Officer Philip Golightly. Deposes and states as follows:

1. I have been a federal inmate since May of 2014. After leaving FPC Alderson on an administrative transfer, I was designated to Mariana SPC and arrived there in March 2017.

2. Around the end of April in 2017, I was assigned to work in the kitchen and worked in the morning as veggie prep. Coming in early at 4:30 am. My days off were Sunday and Monday.

3. Officer Go lightly was the 2 day relief kitchen foreman and worked there with us alone. He was a known sexual predator with prior incidents and reports from females.

4. Officer Golightly started to become very friendly towards me and would watch me in his office. The area that I worked in was directly in front of the office. He would tell me personal things about his life and would ask me about my past in Hawaii as a "call girl".

5. Often times, Officer Golightly told me about how he can do whatever he likes and get away with it and that nobody can mess with him. He bragged about how he sent other inmates to county jail before for not doing what he told them to do. He also told me about how he had a relationship with another inmate that had left to go to Alderson for RDAP. He said she was a good girl and did whatever he wanted and he took good care of her in return by bringing her whatever she wanted.

6. Officer Golightly would continuously ask me to come to work early to meet him or to stay late after his shift in order to have sex. I was scared and kept telling him no and that I did not want to get in any kind of trouble. He told me that other inmates have done it and he is untouchable and if not there were dire consequences that could happen to me.

7. Sometime in the middle of May, Officer Golightly was upset at me for not coming in at 4am and said he was there early and had brought condoms and special goodies for me. He proceeded to show me the condoms that he brought as special ones that were ribbed and said he was really bummed he did not get to use them with me. I made up an excuse that I could not leave the unit and was scared. He told me that I need to do what he said and show up next weekend when he is there early so that we can "fuck", other wise something might happen to me.

8. That same day, Officer Golightly first assaulted me by coming into the freezer or very large walk in fridge while I was in there. He put his hands down my pants that were loosely on me despite having a belt and attempted to touch my vagina, I backed away quickly and then he started to feel my breasts. He then took out his penis from his pants zipper and demanded me to suck it. I got on my knees and did as I was told and then he stopped me because it was in the middle of the day and was worried that someone was coming.

9. Officer Golightly then started to flirt and harass another inmate, Keri Nichols who was a baker and worked early also.

10. On Saturday, May 20th 2017 after much harassment and coercion to both of us, Keri Nichols and myself went in early to work that morning at 4am. He started to kiss her and grab her breasts and my breasts roughly. We went into the food storage room and he pulled down his pants and took out his penis and told me to suck it. While he was making out with Keri Nichols, I got down on my knees and did as I was told.

11. For fear of what Officer Golightly could do to retaliate against me, I took his penis and rubbed it on the collar of my grey shirt and when I tasted some of his pre-cum in my mouth, I spit it out onto my shirt. In case something would happen to me in the future, I saved the shirt. We continued for several minutes until we heard a noise of someone coming in. He quickly pulled up his pants and went outside like nothing happened.

12. Officer Golightly instructed us to come back early the next week and demanded that we come. He said that he would be very upset if we did not show up again and that we should not disappoint him. He also reminded us the power and connections

USA-0037

TRULINCS  16101022 - ARCIERO, MALIA - Unit: TAL-A-S

RECEIVED
JAN 15 2021
BY_____

-------------------------------------------------------------------

he has in prison and what could happen if we did not do as we were told.

13. We both showed up and this time it was in his office. Keri Nichols was sitting in Officer Golightly's lap and was making out with him. Then she got up and he pulled his penis out of his pants zipper and instructed me to suck it while he sat in the chair. I got on my knees and did as I was told, while he took out Keri Nichols breast to suck on them. I stopped and he told her that it was her turn, so she got on her knees and started to suck it while I pretended to keep watch. We heard a noise because another inmate was coming in, so we were able to stop. He put his penis away quickly and zipped up his pants. We acted like we were just standing in his office when another inmate walked in while he stayed sitting in the chair.

14. Officer Golightly begged and pleaded with us to stay late that shift in order to finish him off, but neither of us wanted to nor did.

15. After saving the shirt in a plastic bag, I sent it home through hobby craft mail out after a few months to my sister, Keala Arciero at my home address in Honolulu, Hawaii.

16. For fear of retaliation and the possibility of being sent to county jail, which was constantly threatened by Officer Golightly, I did not say anything at the time.

17. I complained to the psychologist, Dr. Bird about problems with my job when the harassment started and all of the mental problems and issues that I was having. I begged her to change me jobs and she said she did not have that kind of power and just gave me various medications for my anxiety and kept upping the dosage. This did not do much to help or comfort me, but numbed the problem and kept me from really thinking about the situation or doing anything.

18. The week after the last incident, Officer Golightly's wife gave birth and he took leave for an extended amount of time due to a severe car accident, so I had a break from the abuse and harassment. I also changed jobs as soon as I possibly could to an education clerk.

19. Officer Golightly started working in the kitchen again eventually and as soon as he saw me, he started to harass me and asked me to come and meet him after the shift was done. I refused to do any of that and he told me how he was watching my video visits and how big my sisters "titties" were.

20. Keri Nichols told me also about how Officer Golightly had given her things on several occasions after the incident, such as tobacco chew and other things. But, I did not take anything from him ever.

21. I decided to report it once I left Marianna for good and after 1 year of being there in March of 2018, the case manager Ms. Godwin told me that I was denied my nearer home transfer. She told me I had to wait until 18 months before she would do it.

22. At the end of July in 2018 I left for a fed writ to go to court in Honolulu, Hawaii.

23. Then, hurricane Michael hit Marianna and they told me that I was going to FCI Tallahassee.

24. I knew about other girls who had reported similar situations at FCI Tallahassee on their officers and that they had zero tolerance for that and would send you to the SHU for months on months pending investigation. After spending a night twice in the SHU in Tallahassee when I was in transit, I knew how horrible and awful the conditions were and was very afraid that I would end up in there because I heard that Officer Golightly was working at the FCI in the kitchen. I remembered everything he told me about how he has good friends in every prison and how he can make my life miserable and my time hard if I messed with him.

25. I arrived at FCI Tallahassee at the end of May 2019.

26. All of my medications for my mental problems, anxiety and other health issues were taken away from me upon my arrival by Dr. Jimenez.

27. I complained about my nightmares returning and anxiety level very high and they refused to give me anything to help when I went to sick call.

28. I went to psychology and asked to speak to a psychologist, sent several cop outs and nobody would help me at all. I became severely depressed and sick.

TRULINCS  16101022 - ARCIERO, MALIA - Unit: TAL-A-S
--------------------------------------------------------------------------------------------------------

29.  In October 2019, Officer Golightly started to work at FCI Tallahassee.

30.  I avoided speaking to him at all costs and once again tried to go to psychology and received no help.

31.  After him only being here a few weeks, a similar incident had happened with another inmate and he was walked off the compound.

32.  In knowing this, I finally feel safe to report what has happened to me and the abuse and mental anguish that I have suffered from Officer Golightly.

Further, Affiant saith not.

Malia Elena Arciero

RECEIVED
JAN 15 2021
BY:

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency:<br>Southeast Regional Office, Office of Regional<br>3800 Camp Creek Parkway, SW Building 2000<br>Atlanta,GA 30331-6226 | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, Street, City, State and Zip Code)<br>Malia Arciero #16101-022<br>SPC- Victorville, G-South<br>P.O. BOX 5300, Adelanto, Ca. 92301 |
|---|---|

| 3. TYPE OF EMPLOYMENT<br>☐ MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH<br>April 9, 1981 | 5. MARITAL STATUS<br>Single | 6. DATE AND DAY OF ACCIDENT<br>April 2017 to October 2019 | 7. TIME (A.M. OR P.M.)<br>ALL DAY |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary.) Golightly Verbally Sexually Harassed Arciero October 2019 at FCI-Tallahassee, after he sexually assaulted her from April 2017 to May 2019 at SPC-Marianna. Golightly also sexual assaulted by touching her in 2019. Golightly sexual assaulted & harassment at various location including the kitchen & freezer. He shoved his hands in her VAGINA, grab her BREASTS, forced her to give him a BLOW JOB several times, He forced her to get on her knees to suck his DICK, give him a hand job & he came on her shirt. He threathen her with SHU status if she didn't follow his ORDERED. Sexual assaults & Harassmen is Real in the BOP & Staffs encourage PROPERTY DAMAGE this type of MISCONDUCTS & INAPPROPRIATES
NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code). Behaviors & Mental Abuses & Negliences

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED.
(See instructions on reverse side.) Property is Arciero's personal Body, she was Sexual Assaulted & Harassed Severely, over & over by Golightly. Mental & Medical Neglected severely while in BOP Custody. Location at SPC-Marianna & FCI-Tallahassee & her shirt with the FBI, PREA Inspectors, pending
10. case in US District Courts.        PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

RECEIVED
AUG 2 5 2021
REGIONAL COUNSEL'S OFFICE-SERO
BUREAU OF PRISONS

| 11. | WITNESSES | |
|---|---|---|
| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
| Officer, Phillip Golightly<br>Keri Nichols | SPC-Marianna & FCI-Tallahassee<br>SPC-Marianna |

| 12. (See instructions on reverse.) | AMOUNT OF CLAIM (in dollars) | | | |
|---|---|---|---|---|
| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY<br>$10,000,000.00 | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.)<br>$10,000,000.00 (ten millions) |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)<br>*Malia Arciero* | 13b. Phone number of person signing form<br>312-870-69-12 | 14. DATE OF SIGNATURE<br>07/07/2021 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for the civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

| 95-109 · | NSN 7540-00-634-4046 | STANDARD FORM 95<br>PRESCRIBED BY DEPT. OF JUSTICE<br>28 CFR 14.2 |
|---|---|---|

## INSURANCE COVERAGE

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes   If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.   ☒ No

16. Have you filed a claim on your insurance carrier in this instance, and if so, is it full coverage or deductible? ☐ Yes ☒ No

17. If deductible, state amount.

18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts.)

19. Do you carry public liability and property damage insurance? ☐ Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code).   ☒ No

## INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

### Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item #12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
   A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, D.C. 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

SF 95   BACK

USA-0041



**U.S. Department of Justice**

Federal Bureau of Prisons

*Southeast Regional Office*

---

*3800 Camp Creek Parkway, SW*
*Building 2000*
*Atlanta, GA 30331-6226*

CERTIFIED MAIL
7017 1450 0001 7229 9384

July 27, 2021

Malia Arciero # 16101-022
P.O. Box 3850
Adelanto, CA 92301

Re: Administrative Tort Claim TRT-SER-2021-01128

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq., and accepted for filing on July 13, 2021.  You claim an officer at Marianna sexually assaulted and harassed you from April to May 2017.  Consequently, you seek $5,500,000 in damages.  Your allegations are taken seriously and have been forwarded for appropriate disposition pursuant to policy.

Pursuant to 28 U.S.C. § 2401(b), a "tort claim against the United States shall be forever barred unless it is presented in writing to the appropriate Federal agency within two years after such claim accrues...."  Your allegations are beyond the statute of limitations.  Consequently, your claim must be denied.

This letter will serve as the denial of your claim.  If you are dissatisfied with our determination in this matter, you may file suit in an appropriate United States District Court not later than six (6) months after the date of mailing of this notification.

Sincerely,

*R. De Aguiar*

R. De Aguiar
Supervisory Attorney

cc:    Warden
       Legal Liaison

USA-0042



**U.S. Department of Justice**

Federal Bureau of Prisons

*Southeast Regional Office*

*3800 Camp Creek Parkway, SW*
*Building 2000*
*Atlanta, GA 30331-6226*

September 20, 2021

Malia Arciero
Reg. No.16101-022
SPC-Victorville, G-South
P.O. Box 5300
Adelanto, CA  92301

Re:    Administrative Tort Claim TRT-SER-2021-07429
       Received: July 28, 2021

Dear Claimant:

This is to acknowledge receipt of your Claim for Damage, Injury or Death (Standard Form 95) that was submitted to or forwarded to this office under the provisions of the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346, 2671, et seq.  Claims processed pursuant to the FTCA normally receive a response within six months from the date of receipt.  However, due to the circumstances, you will receive a response within six months of the date of this letter.

Please advise this office of any changes in your address.  You are also requested to refer to the assigned claim number whenever corresponding with this office about your submission.  If not included with your claim, provide records in your possession (do not send originals because they will not be returned to you) relating to this claim as well as a detailed description of the events giving rise to the claim.  Failure to provide this information may result in delay in process or prejudice the outcome of your claim.

Sincerely,

*Holly A. Lindgren for*
Craig Simmons
Regional Counsel
Southeast Regional Office

USA-0043

```
   MIAHG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-15-2021
PAGE 001 OF                                                          08:25:32
      FUNCTION: L-P SCOPE: REG   EQ 16101-022   OUTPUT FORMAT: FULL_____
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW---------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: __ __          RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
       PERSON: ____       ____       ____       ____         ____       ____
         TYPE: ____       ____       ____       ____         ____       ____
EVNT FACL: EQ ____        ____       ____       ____         ____       ____
RCV FACL.: EQ ____        ____       ____       ____         ____       ____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ ____        ____       ____       ____         ____       ____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____




G0002       MORE PAGES TO FOLLOW . . .
```

USA-0044

```
MIAHG            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-15-2021
PAGE 002 OF      *             FULL SCREEN FORMAT              *      08:25:32


REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G                     QTR.: G06-020L   RCV OFC: VVM
REMEDY ID: 1065132-F1      SUB1: 37AM SUB2:       DATE RCV:   01-15-2021
UNT  RCV..:G              QTR RCV.: G04-057L      FACL RCV: VVM
UNT  ORG..:G              QTR ORG.: G04-057L      FACL ORG: VVM
EVT FACL.: MNA    ACC LEV:  VVM  1 WXR  1 BOP  1   RESP DUE: THU  02-04-2021
ABSTRACT.: STAFF PREA ALLEGATION
STATUS DT: 01-22-2021   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT:   DATE ENTD: 01-15-2021
REMARKS..:




REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G                     QTR.: G06-020L   RCV OFC: WXR
REMEDY ID: 1065132-R1      SUB1: 37AM SUB2:       DATE RCV:   03-08-2021
UNT  RCV..:G              QTR RCV.: G04-057L      FACL RCV: VVM
UNT  ORG..:G              QTR ORG.: G04-057L      FACL ORG: VVM
EVT FACL.: VIM    ACC LEV:  VVM  1 WXR  1 BOP  1   RESP DUE: FRI  05-07-2021
ABSTRACT.: STAFF PREA ALLEGATION
STATUS DT: 04-29-2021   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:               RCT: P EXT: P DATE ENTD: 03-08-2021
REMARKS..:
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

USA-0045

```
MIAHG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-15-2021
PAGE 003 OF       *          FULL SCREEN FORMAT           *      08:25:32


REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G                    QTR.: G06-020L   RCV OFC: VVM
REMEDY ID: 1073205-F1     SUB1: 19ZM SUB2:      DATE RCV:   03-15-2021
UNT  RCV..:G            QTR RCV.: G04-057L     FACL RCV: VVM
UNT  ORG..:G            QTR ORG.: G04-057L     FACL ORG: VVM
EVT FACL.: VVM    ACC LEV:                        RESP DUE:
ABSTRACT.: APPEALING HOME CONFINEMENT DENIAL.
STATUS DT: 03-15-2021  STATUS CODE: REJ STATUS REASON: INF ATT CON OTH
INCRPTNO.:            RCT:    EXT:   DATE ENTD: 03-17-2021
REMARKS..: YOU MAY SUBMIT THE BP9 ONCE YOU COMPLETE A BP8
            THROUGH YOUR UNIT TEAM.



REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G                    QTR.: G06-020L   RCV OFC: BOP
REMEDY ID: 1065132-A1     SUB1: 37AM SUB2: 36GM DATE RCV:   07-09-2021
UNT  RCV..:G            QTR RCV.: G06-020L     FACL RCV: VVM
UNT  ORG..:G            QTR ORG.: G04-057L     FACL ORG: VVM
EVT FACL.: MNA    ACC LEV:  VVM  1 WXR  1 BOP  1   RESP DUE: TUE 09-07-2021
ABSTRACT.: ALLEGES PREA ALLEGATION: RAPE & HARASSMENT
STATUS DT: 08-31-2021  STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:            RCT: P EXT: P DATE ENTD: 07-23-2021
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

USA-0046

```
MIAHG          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-15-2021
PAGE 004 OF        *          FULL SCREEN FORMAT              *    08:25:32


REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G
                                          QTR.: G06-020L   RCV OFC: VVM
REMEDY ID: 1090857-F1       SUB1: 19ZM SUB2:    DATE RCV:   08-12-2021
UNT  RCV..:G               QTR RCV.: G06-020L   FACL RCV: VVM
UNT  ORG..:G               QTR ORG.: G06-020L   FACL ORG: VVM
EVT FACL.: VVM    ACC LEV:                       RESP DUE:
ABSTRACT.: MEDICAL AND MENTAL HEALTH - HOME CONFINEMENT
STATUS DT: 08-12-2021   STATUS CODE: REJ STATUS REASON: ONE OTH
INCRPTNO.:           RCT:    EXT:   DATE ENTD: 08-12-2021
REMARKS..: YOU MAY RESUBMIT BY ATTACHING ONE CONTINUATION PAGE
           WITH YOUR BP-9 AND BP-8



REGNO: 16101-022 NAME: ARCIERO, MALIA
RSP OF...: VVM UNT/LOC/DST: G
                                          QTR.: G06-020L   RCV OFC: VVM
REMEDY ID: 1093536-F1       SUB1: 19ZM SUB2:    DATE RCV:   09-08-2021
UNT  RCV..:G               QTR RCV.: G06-020L   FACL RCV: VVM
UNT  ORG..:G               QTR ORG.: G06-020L   FACL ORG: VVM
EVT FACL.: VVM    ACC LEV:  VVM  1              RESP DUE:  MON  10-18-2021
ABSTRACT.: HOME CONFINEMENT
STATUS DT: 10-12-2021   STATUS CODE: CLO STATUS REASON: XPL
INCRPTNO.:           RCT: P EXT: N DATE ENTD: 09-08-2021
REMARKS..:




G0002       MORE PAGES TO FOLLOW . . .
```

```
   MIAHG           *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *    10-15-2021
   PAGE 005 OF 005 *              FULL SCREEN FORMAT          *    08:25:32


   REGNO: 16101-022 NAME: ARCIERO, MALIA
   RSP OF...: VVM UNT/LOC/DST: G                QTR.: G06-020L   RCV OFC: WXR
   REMEDY ID: 1095606-R1     SUB1: 34ZM SUB2: 26ZM DATE RCV:   09-24-2021
   UNT  RCV..:G             QTR RCV.: G06-020L      FACL RCV: VVM
   UNT  ORG..:G             QTR ORG.: G06-020L      FACL ORG: VVM
   EVT FACL.: VIM    ACC LEV:                       RESP DUE:
   ABSTRACT.: STAFF COMPLAINT / MEDICAL
   STATUS DT: 09-24-2021   STATUS CODE: REJ STATUS REASON: SEN
   INCRPTNO.:          RCT:    EXT:   DATE ENTD: 09-24-2021
   REMARKS..:
```

```
              7 REMEDY SUBMISSION(S) SELECTED
   G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

USA-0048