# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP GOLIGHTLY,<br>and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil No. 4:21-cv-00402-RH-MAF |

## JOINT REPORT TO THE COURT

Plaintiff, **Jane Doe,** and Defendant, **United States of America**, hereby submit this Report to the Court.

Plaintiff, and the United States of America, report to the Court that they have reached a settlement of all claims against the United States. All claims against Philip Golightly remain.

The United States anticipates that disbursement of funds will be completed within four to six weeks.

1

Respectfully submitted,

| | |
|---|---|
| SHERRIS LEGAL, P.A. | SEAN P. COSTELLO<br>UNITED STATES ATTORNEY |
| */s/ Mary Sherris (with permission)*<br>Mary Sherris<br>Florida Bar Number: 0138134<br>121 South Orange Avenue, Suite 1270<br>Orlando, FL 32801<br>(407) 999-9955 Phone<br>(407) 999-9495 Fax<br>Primary E-mail:<br>service@sherrislegal.com<br>Secondary E-mail:<br>msherris@sherrislegal.com<br><br>*Attorney for Plaintiff* | By: */s/ Justin Kopf*<br>Keith A. Jones<br>Justin Kopf<br>Special Attorneys to the United States Attorney General<br>Assistant United States Attorney<br>Southern District of Alabama<br>63 South Royal Street, Suite 600<br>Mobile, Alabama 36602<br>Telephone:  251-441-5845<br>Email:  keith.jones2@usdoj.gov<br>Email:  justin.kopf@usdoj.gov<br><br>*Acting Under Authority Conferred by 28 U.S.C. § 515*<br><br>*Attorneys for United States of America* |